AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

AARON MICHAEL MCCOMSEY
*Defendant*

Case No. 26-511

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AARON MICHAEL MCCOMSEY ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:115(a)(1)(B) THREATS TO A UNITED STATES OFFICIAL

Date: 10/13/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* October 13, 2026 , and the person was arrested on *(date)* October 15, 2026
at *(city and state)* Perkasie, PA .

Date: October 15, 2026

Kirk Steward
*Arresting officer's signature*

Kirk H. Steward
*Printed name and title*